# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR32

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS.                                          )<br>)<br>)<br>DARIAN KENDALL ROBINSON    )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant's motion to withdraw his guilty plea and counsel's motion to withdraw.

The Court finds a hearing is necessary to resolve the issues raised in these motions. The Court will also require Defendant's former attorney, Tony Rollman, to appear at the hearing.

**IT IS, THEREFORE, ORDERED** that a hearing on Defendant's motion to withdraw his plea and counsel's motion to withdraw is hereby scheduled for **WEDNESDAY, APRIL 9, 2008, AT 10:00 AM,** at the U.S. Courthouse in Asheville, North Carolina, in the Third Floor courtroom. The United States Marshal is requested to have the Defendant present for this hearing.

The Clerk shall transmit this Order electronically to the parties herein, the United States Marshal, the United States Probation Office, and to Mr. Tony Rollman.

Signed: March 28, 2008

Lacy H. Thornburg
United States District Judge