IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR32

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DARIAN KENDALL ROBINSON ) | |

**THIS MATTER** is before the Court on motion of Defendant's appellate counsel for an order releasing a copy of the Statement of Reasons filed with the Defendant's Judgment.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that counsel's motion for a copy of the Statement of Reasons filed with the Defendant's Judgment is **ALLOWED.** The Clerk of Court is hereby authorized to make available this document to appellate counsel forthwith.

Signed: December 12, 2008

Lacy H. Thornburg
United States District Judge